In response to the motion to dismiss in Case No. 05-28851-DK, Mark Lasker was unable to make payments due to not having any income for the last three months but now having received a large commission check would like to rectify the past due amount and pay off the entire balance left on the Chp. 13 payment plan.

*Mark Lasker* (signature)